**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORNELL HARRISON,<br><br>  Petitioner,<br><br>vs.<br><br><br><br>C. TAMKEN, Warden,<br><br>  Respondent. | CASE NO. 12-CV-2588 - IEG (WVG)<br><br>**ORDER:**<br><br>**(1) ADOPTING IN FULL REPORT AND RECOMMENDATION;**<br><br>[Doc. No. 8]<br><br>**(2) DENYING PETITION FOR WRIT OF HABEAS CORPUS; AND**<br><br>[Doc. No. 1]<br><br>**(3) DENYING CERTIFICATE OF APPEALABILITY** |

Before the Court is Petitioner Cornell Harrison's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (the "Petition"). [Doc. No. 1.] Petitioner pled guilty in San Diego County Superior Court to one count of corporal punishment to a spouse and was sentenced to nine years in state prison and $1,800 in restitution. [*Id.* at 1.] The Petition challenges the propriety of the ordered restitution. [*Id.* at 8.] Respondent filed a motion to dismiss the Petition as barred by the statute of limitations applicable under the Antiterrorism and Effective Death Penalty Act ("AEDPA"). [Doc. No. 6 at 3-5.]

The Court referred the matter to Magistrate Judge William V. Gallo, who issued a Report and Recommendation ("R & R") recommending that the Court grant

Respondent's motion and dismiss the Petition as barred by the statute of limitations applicable under AEDPA. [*See id.* at 12.] The time for filing objections to the R & R expired on April 14, 2013. [*See id.* at 13.] Petitioner has not filed any objections.

## DISCUSSION

The Court reviews *de novo* those portions of the R & R to which objections are made. 28 U.S.C. § 636(b)(1). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* But "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo <u>if objection is made</u>, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Id.*

In this case, the deadline for objections passed over a month ago and no objections have been filed. Accordingly, the Court may adopt the R & R on that basis alone. *See id.* Having reviewed the Petition, Respondent's motion to dismiss, and the R & R, the Court hereby approves and **ADOPTS IN FULL** the R & R. *See* 28 U.S.C. § 636(b)(1).

## CONCLUSION

Having reviewed the R & R and there being no objections, the Court **ADOPTS IN FULL** the R & R and **DENIES** the Petition. The Court also **DENIES** a certificate of appealability because Petitioner has not "made a substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

**DATED:** June 10, 2013

**IRMA E. GONZALEZ**
**United States District Judge**